**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| TYLER BRADLEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No. 26-00589-CV-S-BP |
| | ) | |
| SHERIFF JIM ARNOTT, in his official | ) | |
| capacity overseeing the Greene County Jail; | ) | |
| *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

At Petitioner's request, (*see* Doc. 4), this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
**DATE**: July 13, 2026            UNITED STATES DISTRICT COURT